Camden County Correctional Facility
330 Federal Street
Camden, NJ 08103

WRENCE ROSS

0222

RECEIVED

NOV 20 2019

AT 8:30 M
WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
MITCHELL H. COHAN U.S. COURTHOUSE
4TH & COOPER STREETS
CAMDEN, N.J. 08101